UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| CYNTHIA PITTMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 1:18-CV-000128-DCLC (lead) |
| | ) | |
| vs. | ) | |
| | ) | |
| UNUM GROUP, et al., | ) | |
| | ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| SCOTT CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18-CV-00154-DCLC |
| | ) | |
| vs. | ) | |
| | ) | |
| UNUM GROUP, et al., | ) | |
| | ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| CITY OF TAYLOR POLICE AND FIRE RETIREMENT SYSTEM, | ) | |
| | ) | 1:18-CV-00169-DCLC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNUM GROUP, et al., | ) | |
| | ) | |
| Defendants. | | |

# ORDER AND JUDGMENT

This case came before the Court on Defendant's Motion to Dismiss [Docs. 53, 44, 41] in the consolidated case. For the reasons stated in the accompanying Memorandum Opinion and Order, Defendant's Motion to Dismiss is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close the case.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ John Medearis
Clerk of Court